THOMAS M. NORMINTON State Bar No. 57910
KATHLEEN DORITY FUSTER, State Bar No. 119685
NORMINTON & WIITA
A Partnership Of Professional Corporations
433 North Camden Drive, Suite 1111
Beverly Hills, California 90210-4416
Telephone: (310) 288-5900
Facsimile: (310) 288-5901

Attorneys for Plaintiff
Lorber Industries of California

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORBER INDUSTRIES OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>REGATTA (U.S.A.) L.L.C., a New York limited liability company,<br><br>Defendant. | Case No. 99-05367 JSL AIJx<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Lorber Industries of California voluntarily dismisses the above-captioned action with prejudice.

DATED: July 22, 1999

KATHLEEN DORITY FUSTER
NORMINTON & WIITA
A Partnership Of Professional Corporations

By _Kathleen Dority Fuster_
Kathleen Dority Fuster
Attorneys for Plaintiff Lorber Industries of California

FILED
JUL 23 1999
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 26 1999
CENTRAL DISTRICT OF CALIFORNIA

✓ DOCKETED
___ MLD COPY PTYS
___ MLD NOTICE PTYS
✓ JS-6

JUL 26 1999

-1-

KDF.50158:ssb\1-127-04

***PROOF OF SERVICE BY UNITED STATES MAIL***
***IN A UNITED STATES DISTRICT COURT ACTION***

I, the undersigned, now declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 433 N. Camden Drive, Suite 1111, Beverly Hills, California 90210.

On the date I am signing this declaration shown below, I served the foregoing documents titled on its first page as: **NOTICE OF VOLUNTARY DISMISSAL** on the party(ies) in this action by placing for each party served a true copy of it enclosed in sealed envelopes addressed as follows:

Michael Haddad, Esq.                    Fax No. (212) 735-4657
Weill, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153

Neil R. O'Hanlon, Esq.                   Fax No. (310) 728-2208
Troop, Steuber, Pasich, Reddich & Tobey, LLP
2029 Century Park East, 24th Floor
Los Angeles, CA 90067-3010

I caused such envelope(s) to be deposited in the mail at Beverly Hills, California. The envelope for each person was mailed with postage thereon it fully prepaid.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under this practice, it would be deposited with the U.S. Postal Service on that same date with postage on it fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed this 23rd day of July, 1999, at Beverly Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ELIZABETH HERNANDEZ

---

PROOF OF SERVICE